4/2017

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA



FILED
APR 05 2023
Clerk U.S. District Court
Greensboro, NC
BY ___

_Dwayne E. Freeman_
(Plaintiff or Petitioner)

FOR PRISONERS ONLY

Declaration and Request to
Proceed In Forma Pauperis

v.

_Scotland County_
(Defendant(s) or Respondent(s))

I, _Dwayne E. Freeman_, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

Name _Dwayne E. Freeman_

Name under which convicted (If different from above): _____

Date of birth: _8-8-65_

Your Prison Number is: _____

Address of current place of incarceration: _____

_____

The total deposits to my Trust Account for the last six (6) months are[1]: _0_

The present balance of my Trust Account is: _0_

---

[1] If you have been in more than one institution in the last six (6) months and are unable to accurately determine deposits in prior institutions, provide the Court with your best good faith estimate. The Court will, at a later date, get the ledger cards from those prior institutions and make any needed corrections.

4/2017

1. Are you presently employed?  Yes ___ No ✓

    a. If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer.

_____

    b. If the answer is "No", state the date of last employment and amount of the salary and wages per month which you received.

            *1974*         *Dont Remember*

2. List anyone who helps support you or shares support in any way and describe the type and amount of support for the last twelve (12) months. (If no one, write "No One.")

          *No One*

_____

3. Have you received within the past twelve (12) months any money from any of the following sources?

    a. Business, profession, or form of self-employment?    Yes ___ No ___
    b. Rent payments, interest or dividends?    Yes ___ No ___
    c. Pensions, annuities or life insurance payments?    Yes ___ No ___
    d. Gifts or inheritances?    Yes ___ No ✓
    e. Social Security, SSI or disability?    Yes ✓ No ___
    f. Workers' Compensation or Unemployment?    Yes ___ No ___
    g. AFDC, WIC, or Food Stamps?    Yes ___ No ___
    h. Any other sources?    Yes ___ No ___

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve (12) months.

    *Social Security $480.00 a month*

    *S.S.I. 450.00 a month*

4. Do you own any cash, or do you have money in a checking, savings or any other kind of account other than a prison account?    Yes ___ No ✓

If the answer is "Yes", describe the account, its location, and the total value of each amount.

_____

4/2017

5. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ___ No ✓

If the answer is "Yes", describe the property and state its approximate value. (Separately list all jewelry valued over $50.00).

_____

_____

6. List persons who are dependent upon you for support, state your relationship to those persons and indicate how much you actually contributed toward their support in the last twelve (12) months.

_____0_____

_____

I, _Dwagne E. Freeman_, declare under penalty of perjury that all the foregoing is complete, true and correct.

_2-27-23_
(Date)

_Dwayne E. Freeman_
(Signature of Plaintiff or Petitioner)